UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61505-CIV-SINGHAL

GARFIELD SPENCE,

    Plaintiff,

v.

GRIFFIN COMMERCE CENTER, INC.,

    Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with Prejudice of the Defendant GRIFFIN COMMERCE CENTER, INC. (DE [8]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with, unless otherwise agreed, each side to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF